**Opinion issued August 7, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00515-CR

———————————

## IN RE JESSE ANDREW LOPEZ, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jesse Andrew Lopez, has filed a petition for a writ of mandamus, challenging the trial court's oral rulings on discovery matters and asserting that the trial court has refused to rule on relator's written motions and a petition for a writ of habeas corpus seeking discovery.[1]  This Court's records reflect that, after relator

---

[1]   The underlying case is *The State of Texas v. Jesse Andrew Lopez*, case number 17-DCR-077033, in the 268th District Court of Fort Bend County, Texas, the Honorable Brady G. Elliott presiding.

filed his petition, the trial court signed an "Order on Defendant's Pretrial Motions and Discovery."[2]

Accordingly, we dismiss the petition as moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014). We also dismiss as moot relator's motions for a stay of the trial in the underlying proceeding and any other pending motions.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] An appellate court may take judicial notice of its own records in a related proceeding involving the same parties. *See In re Chaumette*, 456 S.W.3d 299, 303 n.2 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding).